### FOGG ag^t HATHORN

Ezekiel Fogg plaint. ag^t John Hathorn Defend^t in an action of debt for witholding the Summe of two pound eight Shillings in mony due by a writing under his hand of date the. 9th day of July. 1674. with all due damages according to attachm^t dat. 7^br 3^d 1675. . . .

The Jury . . . founde for the plaint. two pound eight Shillings according to bill & costs of Court being Sixteen Shillings six pence.

Execucion issued x$^{br}$ 06. 1675